**Elias MURILLO, Plaintiff–Appellant,**

v.

**James Edward MacDONALD, Defendant–Appellee.**

**No. 12–16873.**

United States Court of Appeals, Ninth Circuit.

Submitted July 24, 2013.*

Filed Aug. 5, 2013.

Elias Murillo, pro se.

Before: ALARCÓN, CLIFTON, and CALLAHAN, Circuit Judges.

MEMORANDUM **

Elias Murillo, a California state prisoner incarcerated in Arizona, appeals pro se from the district court's judgment dismissing his 42 U.S.C. § 1983 action alleging cruel and unusual punishment. We have jurisdiction under 28 U.S.C. § 1291. We review de novo a dismissal under 28 U.S.C. § 1915A. *Resnick v. Hayes,* 213 F.3d 443, 447 (9th Cir.2000). We affirm.

The district court properly dismissed action because the short-term deprivation of bathroom facilities, without more, is not sufficiently grave to form the basis of an Eighth Amendment violation. *See Wilson v. Seiter,* 501 U.S. 294, 298, 111 S.Ct. 2321, 115 L.Ed.2d 271 (1991) ("[O]nly those deprivations denying the minimal civilized measure of life's necessities are sufficiently grave to form the basis of an Eighth Amendment violation." (citation and internal quotation marks omitted)); *cf. Johnson v. Lewis,* 217 F.3d 726, 733 (9th Cir.2000) ("[W]e have no doubt that toilets can be unavailable for some period of time without violating the Eighth Amendment. . . .").

*AFFIRMED.*

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.